**James W. HILL, Appellant,**

v.

**CITY OF CASTLE HILLS, Texas, Appellee.**

No. 12803.

Court of Civil Appeals of Texas.

San Antonio.

March 23, 1955.

Rehearing Denied April 20, 1955.

Harrison & Smallwood, Ronald Smallwood, San Antonio, for appellant.

Bobbitt, Brite & Bobbitt, San Antonio, for appellee.

POPE, Justice.

The trial court, after hearing, temporarily enjoined appellant from using certain property in Castle Hills for business purposes, since the property was zoned for residential uses only. Appellant urges that the penal provision of the ordinance affords the sole instrument for enforcement, that it is an adequate remedy, and the injunction should not have been granted.

The judgment is affirmed, since Article 1011h, Vernon's Ann.Civ.Stats., authorizes the remedy by way of injunction. City of Corpus Christi v. Jones, Tex.Civ.App., 144 S.W.2d 388, 401.

Affirmed.